■ AMBER GIOVENCO et al., Appellants, v EVELYN ABESHOUSE et al., Defendants, and LILLIAN DEROSA, Respondent. [24 NYS3d 531]—In an action to recover damages for personal injuries, etc., the plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Nassau County (Galasso, J.), entered April 23, 2015, as granted that branch of the motion of the defendant Lillian DeRosa which was for summary judgment dismissing the complaint insofar as asserted against her.

Ordered that the order is affirmed insofar as appealed from, with costs.

The defendant Lillian DeRosa established her prima facie entitlement to judgment as a matter of law dismissing the complaint insofar as asserted against her by demonstrating that her vehicle never made contact with the plaintiff Amber Giovenco (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]). In opposition, the plaintiffs failed to raise a triable is-

sue of fact (*see id.* at 324). Accordingly, the Supreme Court properly granted that branch of DeRosa's motion which was for summary judgment dismissing the complaint insofar as asserted against her. Mastro, J.P., Leventhal, Austin and LaSalle, JJ., concur.